**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**STATE FARM FIRE AND CASUALTY COMPANY
As Partial Subrogee of Steve and Lisa Beene**            **PLAINTIFF**

**v.**            **Cause No. 2:12CV00010-SA-JMV**

**KOSTKA INVESTMENT COMPANY, INC., ET AL.**            **DEFENDANTS**

<u>**ORDER**</u>

Before the court is Framing Specialists, Inc.'s Motion for Relief from Scheduling Order [118]. The court having duly considered the motion, supporting memorandum [119], and the record, and having conducted a telephonic hearing, finds the motion is well-taken and should be granted with certain modifications. It is, therefore,

    **ORDERED:**

    1. That Framing Specialists' motion is **GRANTED** as provided herein.

    2. That the deadlines in this case are modified as follows:

        a. The deadline for Framing Specialists to seek leave to amend the complaint or join additional parties is 12/31/12;

        b. Defendants' expert designation deadline is extended to 1/30/13;

        c. The discovery deadline is extended to 5/14/13; and

        d. The dispositive and *Daubert* motions deadline is extended to 5/23/13.

This 29th day of November, 2012.

                                                         /s/ Jane M. Virden
                                                         U. S. MAGISTRATE JUDGE