## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**STATE FARM FIRE AND CASUALTY COMPANY**
**As Partial Subrogee of Steve and Lisa Beene**                    **PLAINTIFF**

**v.**                                              **Cause No. 2:12CV00010-SA-JMV**

**KOSTKA INVESTMENT COMPANY, INC., ET AL.**                    **DEFENDANTS**

## ORDER

Before the court is Framing Specialists, Inc.'s Motion for Relief from Scheduling Order [118]. The court having duly considered the motion, supporting memorandum [119], and the record, and having conducted a telephonic hearing, finds the motion is well-taken and should be granted with certain modifications. It is, therefore,

**ORDERED:**

1. That Framing Specialists' motion is **GRANTED** as provided herein.

2. That the deadlines in this case are modified as follows:

    a. The deadline for Framing Specialists to seek leave to amend the complaint or join additional parties is 12/31/12;

    b. Defendants' expert designation deadline is extended to 1/30/13;

    c. The discovery deadline is extended to 5/14/13; and

    d. The dispositive and *Daubert* motions deadline is extended to 5/23/13.

This 29th day of November, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE